IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. KATES, | |
| Plaintiff, | NO. 3:11-CV-951 |
| v. | (JUDGE CAPUTO) |
| JOE E. KING, et al., | |
| Defendants. | (MAGISTRATE JUDGE SMYSER) |

## ORDER

**NOW**, this 16th day of March, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Alter or Amend the Judgment pursuant to Fed. R. Civ. P. 59(e) (Doc. 19) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge